# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. John Steven Worsley            Docket No. 2:07-CR-15-1

### Petition for Action on Supervised Release

COMES NOW Kevin L. Connolley, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Steven Worsley, who, upon an earlier plea of guilty to Manufacturing Counterfeit United States Currency, 18 U.S.C. §471, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 15, 2008, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

John Steven Worsley was released from custody on July 27, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine sample collected from the defendant on March 30, 2011, field tested positive for marijuana. At first Mr. Worsley denied any drug use. However, during a subsequent contact (after the regional laboratory confirmed the presumptive positive was valid) the defendant admitted use of marijuana. He has historically had problems with chronic marijuana use but during his period of supervision this problem has remained in check until this positive test.

Mr. Worsley has reported as directed, is employed and has, otherwise, not presented any significant violations of his supervision. He has been referred to an outpatient substance abuse therapy provider for an assessment. We recommend the instant violation be sanctioned by a two day period of intermittent confinement, a drug aftercare condition, and participation in the DROPS Program, second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

John Steven Worsley
Docket No. 2:07-CR-15-1
Petition For Action
Page 2

2. The defendant shall complete two days of intermittent confinement in the custody of the Bureau of Prisons as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401
Phone: (910) 815-4510, Ext. 204
Executed On: April 26, 2011

## ORDER OF COURT

Considered and ordered this 26 day of April, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge